OUMAR NGELEKA TSHIAMALA
25/202 rue Philéas LEBESGUE
80090 Amiens (France)

27/02/2022



Dear,

I, the undersigned Oumar NGELEKA TSHIAMALA, residing at 25 rue Philéas LEBESGUE apartment 202, in Amiens (FRANCE) seize the District Court;

Against

Doctor Steven A. Cohen, residing in New-York City, USA, 515 Eastern Avenue, Allegan, Michigan 49010.



## What are the facts

I had signed a contract for the sale of 500 kilos of "Sea cucumber", pharmaceutical products, with Doctor Steven A. Cohen, respectively on September 18 and 20, 2020.

The 500 kilos were delivered around September 25, 2020 via Detroit airport in the United States from DOUALA in Central Africa.

Until today, I am still not paid by Mr. Steven A. Cohen. The formal notice sent to the latter remained unanswered. This is why, I have just proceed to the unilateral resolution of this contract.

I remind you that it was a sales contract and not a commercial contract, the contractors not having the quality of trader.

I ask the District Court to find

1/ The non payment of the sum of $ 1,600,000

2/ that the non payment of this sum caused me damage: the loss of the 1,500 kilos of remaining products worth $ 4,000,000 products seized by the airport authorities, for non payment of storage costs and guarding at DOUALA airport in Cameroon.

3/ The late payment which justifies a claim for damages in the amount of $ 350,000

Accordingly to convict Mr. Steven A. Cohen.



S.A au capital de 10 000 000 $
REC n°/NY/1998/B/02 07 93
Contrib N° M079800008395L
253868745215-NY
Elan & Perrigo
www.elan.com - E-mail : Steven.medical@physicist.net
point72@dr.com
515 Eastern Avenue Allegan, Michigan 49010
Phone +15165978440

# CONVENTION

**ENTRE LES SOUSSIGNES**

**Monsieur Steven A. Cohen,** de nationalité américaine, Directeur de Laboratoire ELAN, domicilié et demeurant à New York City, USA, 515 Eastern Avenue Allegan, Michigan 49010, Passeport n°429826057.
De première part
Ci- après désigné "L'Acheteur"

ET

**Monsieur OUMAR NGELEKA Tshiamala** de nationalité Française, passeport n° 19ZX24495
De seconde part
Ci-après désigné Le "Vendeur"

## Il a tout d'abord été exposé ce qui suit:

Dans le cadre de ses activités commerciales, la fourniture en concombres de mers entrant dans la fabrication de certains produits pharmaceutiques, il lui a été proposé un partenariat commercial pour la fourniture en concombres de mers de l'industrie pharmaceutique, Monsieur Steven A. Cohen, a manifesté son intérêt pour les produits de mers (concombres de mers) et s'est montré désireux de faire l'acquisition de **500 (cinq cent) kilogrammes ;**

## Ceci exposé, il a été arrêté et convenu ce qui suit :

**Article 1 : Objet de la convention**

La partie Vendeur, s'engage à vendre à Monsieur Steven A. Cohen qui l'accepte, à la somme de **$1.600.000 (un million six cent mille Dollars)** pour **$3.200 (trois mille deux cent Dollars)** l'unité (le kilogramme) qu'il s'engage à payer selon les modalités indiquées *ci-dessous.*

**Article 2 : Déclaration de Monsieur OUMAR NGELEKA Tshiamala**

Monsieur OUMAR NGELEKA Tshiamala, déclare qu'il possède une adresse régulière et ne fait l'objet d'aucune poursuite judiciaire et jouit de tous ses droits reconnus par son pays de résidence. Il déclare qu'il est l'unique bénéficiaire de ces fonds.

**Article 3 : Déclaration de Monsieur Steven A. Cohen**

Monsieur Steven A. Cohen, déclare, sous toutes réserves de vérification, que les fonds employés pour le paiement des produits objet de ce contrat, ne proviennent pas d'un trafic, ni de la vente d'armes, ni d'actes de terrorisme, ni du commerce d'armes illégal, ni d'un quelconque blanchiment.

**Article 4 : Contrat unique**

Les parties déclarent que la présente convention contient l'intégralité leur accord, celle-ci constituant la loi des parties et qu'aucune autre entente avec un autre acheteur ne saurait être possible dès lors que les modalités de règlement auront été dûment respectées.

1

**Article 5 : Document de transport**

Les produits seront déclarés légalement sous la désignation de produits de mers, l'Acheteur devant s'occuper lui-même et intégralement de l'établissement des documents de transport desdits produits et des formalités administratives à effectuer à l'occasion de leur exportation du Cameroun et de leur importation aux Etats Unis d'Amérique par un transporteur agréé en Douane qu'il mandatera à cet effet.

**Article 6 : Paiement du prix et expédition des produits**

Le paiement du prix de **$1.600.000 (UN MILLION SIX CENT MILLE DOLLARS)** se fera comme suit :

Après réception des produits aux Etats Unis:

1- L'Acheteur donnera à sa banque ordre d'adresser la somme totale convenue par virement bancaire Swift vers le compte ouvert sous le numéro qui lui sera présenté intitulé au nom de Monsieur OUMAR NGELEKA Tshiamala.

**Article 7 : Disposition d'injonction**

Chaque partie reconnaît que son non-respect des dispositions du présent accord peut causer un préjudice irréparable à l'autre partie qui ne peut qu'être indemnisé de manière adéquate en dommages-intérêts, et reconnaît en conséquence que l'autre partie sera en droit d'obtenir, en plus de toute autre solution à sa disposition, une injonction interlocutoire et permanente pour empêcher toute violation anticipée, présente ou continue du présent accord.

**Article 8: Renonciation**

Une renonciation à tout défaut, violation ou non-conformité en vertu du présent Contrat n'est effective que si elle est écrite et signée par la partie à être liée par la renonciation. Aucune renonciation ne sera déduite ou implicite de tout manquement ou retard à agir par une partie à l'égard de tout défaut, violation, non-respect ou par quoi que ce soit fait ou omis d'être fait par une autre partie. La renonciation par une partie à tout défaut, violation ou non-conformité en vertu du présent accord ne fonctionnera pas comme une renonciation aux droits de cette partie en vertu du présent accord en ce qui concerne tout défaut, violation ou non-conformité continu ou subséquent (qu'il s'agisse du même ou de toute autre nature).

**Article 9 : Force majeure**

Nonobstant toute disposition des présentes à l'effet contraire, aucune des parties ne sera réputée être en défaut aux présentes pour avoir omis d'exécuter ou de fournir l'une des obligations à exécuter ou à fournir conformément au présent accord si un tel manquement est le résultat d'un travail, litige, cas de force majeure, incapacité à obtenir de la main-d'œuvre ou des matériaux, restrictions gouvernementales ou tout autre événement qui échappe au contrôle raisonnable de cette partie. Cette partie déploiera des efforts diligents pour remédier à une telle défaillance ou interruption.

**Article 10 : Loi applicable- Clause attributive de compétence**

Dans le cas où un différend surviendrait dans l'interprétation ou l'exécution de la présente convention, il serait soumis à l'appréciation des Tribunaux du lieu de résidence du Vendeur.

*Fait en deux exemplaires originaux*

Date 6/20/09/2020

Le Vendeur,
(Lu et approuvé)

**M. OUMAR NGELEKA Tshiamala**

Date 1 8 SEPT 2020

L'Acheteur,
(Lu et approuvé)

**M. Steven A. Cohen**

2

## Attachments

1/ The contract signed with Mr. Steven A. Cohen.

2/ The written message from Mr. Steven Cohen where he informs me that he has been called by Detroit airport for a package from Africa. He promises to pay me so that we could move on to the second stage, wich was to deliver the remaining 1.500 kilos of sea cucumbers to him.

3/ Unilateral termination of the contract.

4/ The invoice proving that I was indeed in possession of 2000 kilos of "sea cucumber" pharmaceutical products in all.

5/ The export certificate in my name.

6/ The operating certificate.

7/ My bank account statement.

Mon cher ami j'ai vraiment besoin de votre produit

*transféré*

J'ai été contactée aujourd'hui par l'aéroport de Détroit pour un colis en provenance d'Afrique à votre nom d'expédition

*transféré*

Merci infiniment

*transféré*

J'espère vous faire le transfert d'ici lundi matin afin que nous puissions entamer la deuxième commande pour un nouveau contrat

*transféré*

Bien vouloir me confirmer si cela vous arrange, je suis très surpris avoir reçu les produits aussitôt, il s'agit de 500 kg donc de 5 colis

*transféré*

Vous m'envoyer directement ici a New-York je vous donne mon adresse

OUMAR NGELEKA
25/202 rue Philéas LEBESGUE
80 090 Amiens (France)

le 17 février 2022

## Unilateral termination of the Contract

Hereby, and after a formal notice remained unanswered, I proceed as a contracting party, to the unilateral resolution of the contract, signed with Mr. Steven A. Cohen for persistent non-execution.

Despite my contribution to the coasts, in order to obtain documents up to approximately 2000 euros, the debtor Steven A. Cohen did not perform his part of the contract.

He must however, pay the agreed price for the 500 kilos of products delivered to him via Detroit airport in the United States.

Done in Amiens (France), February 17, 2022



ROYAL EXPRESS Cameroun S.A.R.L.
Import export, Agent de transport aérien et maritime
AEROPORT ZONE FRET
N° RC/DLA/2012/B/462   N° Cont : M0412000415221
B.P: 12695 Douala Cameroun / Tel: 00237 681930904

Douala, le 29 Juillet 2020

# FACTURE PROFORMA N°54/20

**Juillet 2020**

| N° Facture 21-08/20<br>Client N° 14<br>Dossier N°: 132 | Destinataire : TSHIAMALA NGELEKA<br>Adresse : 25 RUE PHILEAS LEBESGUE APP<br>20280090 AMIENS FRANCE |
|---|---|

**CNEE :  CONCOMBRE DE MER**

| OPERATION EFFECTUEES | EXONERE | MONTANT |
|---|---|---|
| Poids : 2000 kg | | 3.000.000 |
| A.D.C manutention : | | 75.000 |
| R.C recouvrement aéroport : | | 56.500 |
| Expertise sur laser | | 825.000 |
| Certificat d'exportation | | 352.000 |
| Certificat d'origine | | 295.500 |
| Assurance | | 368.130 |
| Frais transite | | 99.370 |
| **TOTAL TAXABLE** | **FCFA** | **5.071.500** |
| **NET A PAYER** | **FCFA** | **5.071.500** |

Arrêté la présente facture proforma à la somme de : **Cinq millions soixante onze mille cinq cent Francs cfa.**

**LE TRANSITAIRE**



Gabriel NDONGUI

ROYAL EXPRESS CAMEROUN POUR UNE EXISTANCE EN TOUTE FIABILITE



RÉPUBLIQUE DU CAMEROUN
Paix - Travail - Patrie
..........
MINISTERE DE LA RECHERCHE
SCIENTIFIQUE ET DE L'INNOVATION
..........
DELEGATION REGIONALE
..........

REPUBLIC OF CAMEROON
Peace - Work - Fatherland
..........
MINISTRY OF RESEARCH
SCIENTIFIC AND INNOVATION
..........
REGIONAL DELEGATION
..........

MINISTERE DES FINANCES
DIRECTION GENERALE DES IMPOTS
FCFA 00100000
TIMBRE FISCAL-FISCAL STAMP

# CERTIFICAT D'EXPORTATION
(FISCH SERVICE INTERNATIONAL)
N° 05282 MINRES

MINISTERE DES FINANCES
DIRECTION GENERALE DES IMPOTS
FCFA 00100000
TIMBRE FISCAL-FISCAL STAMP

Conformément au décret N°1021/SEPD du ......... portant l'attribution et l'organisation du Ministère de la Recherche Scientifique et de l'Innovation ;

Conformément à la loi N°2016/011 du 19 décembre 1981 portant sur la protection et l'observation scientifique ;

Nous, Ministère de la Recherche Scientifique et de l'Innovation et Ministère de L'Industrie des Mines et du Développement Technologique;

Suite à des multiples assises avec les Autorités selon l'arrêté n°012 MINRESI;

Délivrons à Monsieur OUMAR NGELEKA TSHIAMALA un Certificat d'Exportation de produit pharmaceutique (Concombre de Mer) d'origine camerounaise ;

Elle peut par conséquent vendre à tout éventuel acheteur ce produit.

En foi de quoi le présent Certificat d'Exportation est établie et délivrée pour servir et valoir ce que de droit partout où besoin sera.



njikam Daffie Souleymane



YAOUNDE, le 06/08/2020
MINRESI

Emmanuel Bonde
DELEGUE REGIONAL MINRESI

| REPUBLIQUE DU CAMEROUN | | REPUBLIC OF CAMEROON |
|---|---|---|
| Paix – Travail – Patrie | | Peace - Work - Fatherland |
| MINISTRE DES FORETS ET DE LA FAUNE |  | MINISTER OF FORESTS AND WILDLIFE |
| DELEGATION REGIONALE | | REGIONAL DELEGATION |

## CERTIFICAT D'EXPLOITATION

Enregistrement N°OP87/MINFOF.71/...
Ref.: FD632/PL96/P...

MINISTERE DES FINANCES
DIRECTION GENERALE DES IMPOTS
FCFA 0100000
TIMBRE FISCAL-FISCAL STAMP

Vu la loi n°16/01 du 31 décembre ... forestier en République Camerounaise, ensembles les textes modificatifs subséquents ;

Vu le décret n°001028/PR/MEFEPEPN du 1er décembre 2004 fixant les conditions de création des forêts communautaires ;

Vu le décret n° 0291 / PR / MEF du 18 février 2005 portant attributions et organisation du Ministère des Forêts et de la Faune ;

Je soussigné, *Philip Ngolo Ngwaso*, Délégué des Forêts et de la Faune ,

Donne à **Monsieur OUMAR NGELEKA TSHIAMALA** un Certificat d'exploitant des produits pharmaceutiques (**Concombres de mer**).

A cet effet Mr.OUMAR NGELEKA TSHIAMALA est libre d'exploiter ledit produit à l'échelle Nationale et internationale en tout légalité, sans aucun forme de préjudice.

En foi de quoi le présent Certificat d'exploitation est établi et délivré à l'intéressé pour servir et valoir ce que droit./-

Fait à Bafoussam, le **13 Octobre 2020**



LE DELEGUE



## RELEVÉ D'IDENTITÉ BANCAIRE

| Établissement | Guichet | N° de compte | Clé RIB |
|---|---|---|---|
| 20041 | 01005 | 1166399V026 | 24 |

IBAN - Identifiant international de compte
**FR28 2004 1010 0511 6639 9V02 624**

BIC - Identifiant international de l'établissement
**PSSTFRPPLIL**

DOMICILIATION :
**LA BANQUE POSTALE - CENTRE FINANCIER**
**45900 LA SOURCE CEDEX 9**

TITULAIRE DU COMPTE :

MR OUMAR NGELEKA TSHIAMALA
APPT 202
25 RUE PHILEAS LEBESGUE
80090 AMIENS

Cadre réservé au destinataire du relevé

---



## RELEVÉ D'IDENTITÉ BANCAIRE

| Établissement | Guichet | N° de compte | Clé RIB |
|---|---|---|---|
| 20041 | 01005 | 1166399V026 | 24 |

IBAN - Identifiant international de compte
**FR28 2004 1010 0511 6639 9V02 624**

BIC - Identifiant international de l'établissement
**PSSTFRPPLIL**

DOMICILIATION :
**LA BANQUE POSTALE - CENTRE FINANCIER**
**45900 LA SOURCE CEDEX 9**

TITULAIRE DU COMPTE :

MR OUMAR NGELEKA TSHIAMALA
APPT 202
25 RUE PHILEAS LEBESGUE
80090 AMIENS

Cadre réservé au destinataire du relevé

