UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUMAR NGELEKA TSHIAMALA,

    Plaintiff,

CASE NO. 1:22-cv-605

v.

HON. ROBERT J. JONKER

STEVEN A. COHEN,

    Defendant.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 26, 2022 (ECF No. 14). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 14) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice** for failure to timely effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated:   November 18, 2022       /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE